UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROLINA FERNANDEZ,

                Petitioner,

-against-

UNITED ATATES OF AMERICA,

                Respondent.

25 Civ. 2243 (PAE)
12 Cr. 8 (PAE)

ORDER TO ANSWER

---

PAUL A. ENGELMAYER, United States District Judge:

    The Court, having concluded that the petition for writ of error *coram nobis* should not be summarily dismissed as being without merit, hereby ORDERS that:

    The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    The U.S. Attorney's Office is directed to file an answer or other pleadings in response to the petition by May 1, 2025. Petitioner shall have 30 days from the date on which she is served with Respondent's answer to file a response. All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

    The Clerk of Court is directed to mail a copy of this Order to petitioner.

SO ORDERED.

Dated:   March 20, 2025
            New York, New York

                                                  */s/ Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge